UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO DELGADO ESCOBAR,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,[1] et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-2893-CAB-VET<br><br>**ORDER DISMISSING PETITION** |

Petitioner Sergio Delgado Escobar has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1.]  A petition for a writ of habeas corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* S.D. Cal. CivLR 3.2; see also R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019).  The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis.  The Court thus **DISMISSES** the Petition and **ORDERS** the Clerk of the Court to close the case.  Petitioner may re-open the case by

---

[1] Markwayne Mullin was confirmed as the Secretary of the Department of Homeland Security on March 24, 2026.  Pursuant to Fed. R. Civ. Proc. 25(d), he is substituted automatically for Defendant Kristi Noem.

1

either paying the $5.00 filing fee or filing a motion to proceed in forma pauperis by **June 5, 2026**. For Petitioner's convenience, the Clerk of the Court shall attach to this Order a blank application to proceed in forma pauperis.

It is **SO ORDERED**.

Dated: May 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2893-CAB-VET